IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



UNITED STATES OF AMERICA : CASE NO. 3:19CR094-WHR

v. :

ROBERT HILL, : ORDER UNSEALING INDICTMENT
AND ENTIRE CASE

- - - - - - - - - -

IT IS HEREBY ORDERED that the Indictment filed herein and ordered sealed by the order of this Court on May 28, 2019, and the entire case be unsealed by the Clerk of Courts.

DATE: 5-29-19

WALTER H. RICE
Judge U.S. District Court